JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Clayton Miles,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Leland Dudek, ACTING COMMISSIONER OF SOCIAL SECURITY[1],<br><br>　　　　Defendant. | Case No. 2:25-cv-0550-DAD-JDP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from May 19, 2025 to July 18, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of May 19, 2025 and July 26, 2025 Plaintiff's Counsel has eleven briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                    Respectfully submitted,

Dated: May 6, 2025       PENA & BROMBERG, ATTORNEYS AT LAW

               By: */s/ Jonathan Omar Pena*
                  JONATHAN OMAR PENA
                  Attorneys for Plaintiff


Dated: May 6, 2025      MICHELE BECKWITH
                  Acting United States Attorney
                  MATHEW W. PILE
                  Associate General Counsel
                  Office of Program Litigation
                  Social Security Administration


               By:  */s/ Justin Lane Martin*
                  Justin Lane Martin
                  Special Assistant United States Attorney
                  Attorneys for Defendant
                  (*As authorized by email on May 6, 2025)

## ~~[PROPOSED]~~ ORDER

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:   May 7, 2025

                                                 JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE