UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANTHONY CLAYTON MILES,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  2:25-cv-00550-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT, AND REMANDING THIS ACTION TO DEFENDANT COMMISSIONER<br><br>(Doc. Nos. 18, 19, 20, 21) |

Plaintiff Anthony Clayton Miles, proceeding with counsel, brought this action seeking judicial review of the Commissioner of Social Security's final decision denying plaintiff's application for benefits under the Social Security Act.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 20, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for summary judgment (Doc. No. 18) be denied as moot, that plaintiff's amended motion for summary judgment (Doc. No. 19) be granted, the defendant Commissioner's cross-motion for summary judgment (Doc. No. 20) be denied, the

/////

1

defendant Commissioner's decision be reversed, and this action be remanded to the defendant Commissioner for further proceedings.  (Doc. No. 21 at 6–7.)

Specifically, the magistrate judge concluded that the administrative law judge ("ALJ") erred in failing to properly develop the record regarding plaintiff's current level of impairment and spinal improvement from 2022 to 2023 because "the ALJ impermissibly drew independent medical conclusions from the records and raw medical data without the benefit of any medical opinion." (*Id.* at 6.)  Instead, according to the magistrate judge, the ALJ impermissibly "weighed 2023 MRI imagine of plaintiff's spine and independently concluded that the images were 'mild' and 'inconsistent with disabling lumbar symptoms.'" (*Id.* (collecting cases).)

The pending findings and recommendations were served on the parties and contained a notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 7.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.[1]

For the reasons stated above,

1.    The findings and recommendations issued on February 20, 2026 (Doc. No. 21) are adopted in full;

2.    Plaintiff's motion for summary judgment (Doc. No. 18) is denied as moot;

3.    Plaintiff's amended motion for summary judgment (Doc. No. 19) is granted;

4.    Defendant's cross-motion for summary judgment (Doc. No. 20) is denied;

---

[1]  While the analysis in the findings and recommendations will be adopted, the court further notes that the ALJ's review of the records regarding plaintiff's spinal improvement was also deficient because it was based on a review of the impressions and opinions of various treating physicians without any medical opinions regarding the level of impairment that plaintiff was facing throughout 2022 to 2023 (Doc. No. 13-1 at 168).  *See Stevenson v. Colvin*, No. 2:15-cv-0463-CKD, 2015 WL 6502198, at *4 (E.D. Cal. Oct. 27, 2015) (finding that the ALJ's RFC based on a review of raw medical data along with the impressions and opinions of the plaintiff's treating physicians without further medical opinions regarding the level of impairment that the plaintiff was suffering failed to sufficiently develop the record).

5.      The case is remanded to the Commissioner for further proceedings consistent with this order; and

6.      The Clerk of the Court is directed to enter judgment in favor of plaintiff and close this case.

IT IS SO ORDERED.

Dated:    **March 17, 2026**                    _____
                                                DALE A. DROZD
                                                UNITED STATES DISTRICT JUDGE

3